UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No: 1:10-CR-68 |
| v. ) | |
| ) | |
| CHARLES J. BOWMAN ) | Chief Judge Curtis L. Collier |
| ) | |

# ORDER

Before the Court is a motion to suppress filed by Defendant Charles Bowman ("Defendant") (Court File No. 23). The motion was referred to United States Magistrate Judge Susan K. Lee, who held a hearing and subsequently filed a Report & Recommendation ("R&R") recommending Defendant's motion be denied (Court File No. 36). Defendant filed timely objections (Court File No. 37), to which the government responded (Court File No. 38). For the reasons expressed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPts** the R&R (Court File No. 36) and **DENIES** Defendant's motion to suppress (Court File No. 23).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**