UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | | |
|---|---|---|---|
| CHARLES J. BOWMAN, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Nos. | 1:16-CV-146-CLC |
| | ) | | 1:10-CR-68-CLC-SKL-1 |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |

**MEMORANDUM & ORDER**

Before the Court is a pro se motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 filed by Charles J. Bowman ("Petitioner") [Docs. 63, 64]. Petitioner's claim for collateral relief relies on *Johnson v. United States*, 135 S. Ct. 2551 (2015) [*Id.*]. Since it does not plainly appear from the face of the § 2255 motion that it should be summarily dismissed, the United States Attorney is hereby **ORDERED** to file an answer or other pleading within thirty (30) days from the date of this Order. *See* Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

Although a reply is not necessary, if Petitioner wishes to file a reply, he **SHALL** file that reply within thirty (30) days from the date the government files its answer with the Court. *See* Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts. The Court directs Petitioner's attention to L.R. 7.1(b), which provides that briefs "shall not exceed 25 pages in length[,]" and L.R. 7.1(b), which provides that any reply must directly reply to the points and authorities in the government's answer and shall not be used to reargue the points and authorities included in his § 2255 motion or to present any new issues.

The Clerk's Office is DIRECTED to send a copy of this Order to Federal Defender Services of Eastern Tennessee. *See generally* E.D. Tenn. S.O. 16-02 (Feb. 11, 2016).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2